# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| NXP B.V., ) | |
| ) | Case No. 6:12-cv-498-ACC-TBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RESEARCH IN MOTION LIMITED and ) | |
| RESEARCH IN MOTION CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION OF CLIFF WIN IN SUPPORT OF PLAINTIFF NXP B.V.'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF TEXAS

I Cliff Win, declare as follows:

1. I am an attorney at the law firm Bunsow, De Mory, Smith & Allison LLP, and represent plaintiff NXP B.V. ("NXP") in the above-referenced matter. I make this declaration based on my personal knowledge, except where otherwise noted, with respect to NXP B.V.'s Opposition to Defendants' Motion to Transfer to the Northern District of Texas.

2. Unless otherwise indicated, any highlighting in the attached exhibits is added for the Court's convenience.

3. Attached as **Exhibit 1** is a true and correct copy of a documents entitled "Research in Motion – Worldwide Location Map," available at http://www.rim.com/company/maps (retrieved September 20, 2012).

4. Attached as **Exhibit 2** is a true and correct copy of a document entitled "Embedded Systems Software Developer," available at https://rim.taleo.net/careersection/professional/jobdetail.ftl (retrieved September 21, 2012).

5. Attached as **Exhibit 3** is a true and correct copy of a compilation of press releases announcing the dates and locations of BlackBerry World conferences, retrieved from RIM's website on September 18, 2012 from the addresses indicated in the footer of each documents.

6. Attached as **Exhibit 4** is a true and correct copy of Blackberry World 2012 Conference Guide available at https://bbworld.blackberryconferences.net/2012/scheduler/newCatalog.do (retrieved September 18, 2012).

7. Attached as **Exhibit 5** is a true and correct copy of excerpts from a presentation entitled "BlackBerry World 2012 Sponsor Guide," dated May 1-3, 2012.

8. Attached as **Exhibit 6** is a true and correct copy of a document entitled "BlackBerry World 2012: Keynote Speakers," available at http://www.blackberryworld.com/content/speakers/keynote (retrieved September 18, 2012).

9. Attached as **Exhibit 7** is a true and correct copy of a document entitled "BlackBerry World 2012 Speaker Catalog – All," available at https://bbworld.blackberryconferences.net/2012/scheduler/speakers (retrieved September 18, 2012).

10. Attached as **Exhibit 8** is a true and correct copy of a document dated June 24, 2011 entitled "BlackBerry World's High Performance Wi-Fi," available at http://empowerednetworks.com/blog/2011/06/24/blackberry-worlds-high-performance-wi-fi/ (retrieved September 10, 2012).

11. Attached as **Exhibit 9** is a true and correct copy of a document dated May 5, 2011 entitled, "BlackBerry World Keynote – 3D, Special Guests, Live Demos and Giveaways!" available at http://blogs.blackberry.com/2011/05/blackberry-world-keynote/ (retrieved September 21, 2012).

12. Attached as **Exhibit 10** is a true and correct copy of a document dated May 2, 2011 entitled, "RIM Introduces New BlackBerry Bold Smartphones," available at http://press.rim.com/newsroom/press/2011/pressrelease-4999.html (retrieved September 18, 2012).

13. Attached as **Exhibit 11** is a true and correct copy of a document dated April 26, 2010 entitled, "RIM Introduces the New BlackBerry Bold 9650 Smartphone," available at http://press.rim.com/newsroom/press/2010/pressrelease-3906.html (retrieved September 20, 2012).

14. Attached as **Exhibit 12** is a true and correct copy of a document dated March 15, 2012 entitled, "BlackBerry 10 Jam Developer Conference Announced for May 1st-3rd," available at http://www.berryreview.com/2012/03/15/blackberry-10-jam-developer-conference-announced-for-may-1st-3rd/ (retrieved September 21, 2012).

15. Attached as **Exhibit 13** is a true and correct copy of document entitled "About Samsung – US Divisions," available at http://www.samsung.com/us/aboutsamsung/ourbusinesses/businessarea/usdivisions.html (retrieved September 18, 2012).

16. Attached as **Exhibit 14** is a true and correct copy of the Declaration of Sun Kwan Choi, Vice President of Semiconductor Sales Operations at Hynix Semiconductor, America, Inc., dated December 13, 2004, filed in Case No. 3:04-cv-02391 (N.D. Tex, ECF No. 27) in support of the Hynix parties' motion to transfer a then-pending action out of the Northern District of Texas.

17. On September 18, 2012, the undersigned placed a telephone call to (972) 690-4969, the phone number listed for the SK Hynix office identified in Richardson, Texas. The SK Hynix representative indicated that the office in Richardson was a single-person sales office. The representative also indicated that the Austin, Texas location was also a sales office.

18. Attached as **Exhibit 15** is a true and correct copy of excerpts from the 2012 SK Hynix Annual Report.

19. Attached as **Exhibit 16** is a true and correct copy of a document entitled "TQM7M5005H - Quad-Band GSM / GPRS / EDGE-Linear Power Amplifier Module," available at http://www.triquint.com/products/p/TQM7M5005H (retrieved September 11, 2012).

20. Attached as **Exhibit 17** is a true and correct copy of a document entitled "TQHBT3 InGaP HBT Foundry Service," available at http://www.triquint.com/prodserv/foundry/docs/TQHBT3r1_1.pdf (retrieved September 11, 2012).

21. Attached as **Exhibit 18** is a true and correct copy of a document entitled "TriQuint Process Publications," available at http://www.triquint.com/shared/pubs/processes/ (retrieved September 11, 2012).

22. Attached as **Exhibit 19** is a true and correct copy of an Order Denying Motion to Transfer Venue, *Operating Systems Solutions, LLC v. Apple, Inc.*, No. 8:11-cv-1754 (M.D. Fla Jan. 30, 2011), ECF No. 37.

23. Attached as **Exhibit 20** is a true and correct copy of an Order Denying Motion to Transfer Venue, *Omega Patents, LLC v. Lear Corp.*, No. 6:07-cv-1422 (M.D. Fla Jan. 30, 2011), ECF No. 96.

I declare under penalty of perjury that the foregoing is true and correct

Executed in Redwood City, California on September 21, 2012

_____
Cliff Win