UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NXP B.V.,

Plaintiff,

v.                                                      Case No. 6:12-cv-498-22TBS

RESEARCH IN MOTION, LTD and
RESEARCH IN MOTION CORP.,

    Defendants.
_____/

ORDER PURSUANT TO FED. R. EVID. 502(d)

This cause comes before the Court on the parties' Joint Motion for Entry of Non-Waiver Order Pursuant to Fed. R. Evid. 502(d). Upon due consideration, the motion is GRANTED and it is hereby ORDERED that:

The production or disclosure of documents, information, or other material by any Party or third-party in connection with this proceeding is subject to the provisions of Federal Rule of Evidence 502(d), which provides that any production or disclosure of any information (whether inadvertent or otherwise) that is subject to any applicable privilege or protection shall not be deemed a waiver of any privilege or protection in connection with the litigation pending before this Court, and shall not serve as a waiver in any other federal or state proceeding.

The production or disclosure of materials or information in connection with this proceeding, whether by the Parties or third parties, shall not be deemed a publication so as to void or make voidable whatever claim a party may have as to the proprietary and confidential nature of the documents, information or other material or its contents.

This Order is not intended to conflict with or alter any written and executed

confidentiality agreement between the parties.

ORDERED in Orlando, Florida on this 14th day of November, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel of Record