# EXHIBIT D

# NXP's TRIAL WITNESS LIST

| Witnesses that NXP will call | Witnesses that NXP may call |
|---|---|
| Drue Freeman (NXP) | Aaron Waxler (NXP) |
| Chris Kelly (NXP) | Steve Shin (IPValue) |
| Donald Alpert (NXP's Expert) | Paul Seaman (IPValue) |
| Joel Williams (NXP's Expert) | Iwo Mergler ('420 Patent Inventor) |
| Roy Weinstein (NXP's Expert) | Stephan Townsend ('420 Patent Inventor) |
| Brian Berg (BlackBerry's expert) (video) | Paul Auvil ('654 Patent Inventor) |
| Michael Montemurro (BlackBerry 30(b)(6)) (live and/or video) | Frank Story ('654 Patent Inventor) |
| George Drozdyuk (BlackBerry 30(b)(6)) (live and/or video) | Kent Serratt (BlackBerry 30(b)(6)) (live and/or video) |
| Mahesh Narayanan (BlackBerry 30(b)(6)) (live and/or video) | |
| Jacek Nawrot (BlackBerry 30(b)(6)) (live and/or video) | |
| Roberto Troiolo (BlackBerry 30(b)(6)) (live and/or video) | |
| Kevin Williams (BlackBerry 30(b)(6)) (live and/or video) | |
| Michael Crowley(BlackBerry 30(b)(6)) (video) | |
| Karl Wierzbicki (BlackBerry 30(b)(6)) (live and/or video) | |

NXP reserves the right to make further modifications to this list. NXP also designates the following rebuttal witnesses to be called live at trial:

- NXP's live trial witnesses listed above
- Live witnesses listed on BlackBerry's trial witness list
- Alon Konchitsky