UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NXP B.V.,

    Plaintiff,

v.                                                    Case No.  6:12-cv-498-Orl-YK-TBS

BLACKBERRY LIMITED and BLACKBERRY
CORPORATION,

    Defendants.
_____/

### ORDER

This case comes before the Court on the parties' Joint Motion for Leave to File Under Seal Confidential Documents (Doc. 349), in which they seek leave of Court to file BlackBerry's Motion to Compel Disclosure and certain exhibits in support of the Motion to Compel Disclosure under seal.

On March 28, 2013, the Court entered its Protective Order Governing Confidential Information (Doc. 100) to expedite the flow of discovery materials, facilitate the prompt resolution of disputes over the confidentiality of discovery materials, adequately protect the information the parties and third parties are entitled to keep confidential, and ensure that the parties are permitted reasonably necessary uses of such information in preparation for trial.  The Protective Order provides for the designation of certain information as "CONFIDENTIAL," "CONFIDENTIAL-ATTORNEY'S EYES ONLY," OR "CONFIDENTIAL-ATTORNEY'S EYES ONLY-COMPUTER SOURCE CODE."

Any party that desires to file information carrying a "CONFIDENTIAL" designation, must prepare and file a redacted version and prepare and file a motion for leave to file the unredacted materials under seal.  In addition to complying with M.D. Fla. Rule 1.09, the motion must indicate the general nature of the materials, the confidentiality designation applied, and the party responsible for such designation.  The party producing the information bears the burden of demonstrating the need for under-seal treatment.

Defendants aver that their motion to compel relies on and includes exhibits Plaintiff has designated as "CONFIDENTIAL," or "CONFIDENTIAL-ATTORNEY'S EYES ONLY," because they contain attorney-client and work produce privileged information, and communications concerning sensitive business and licensing information, including references to interactions with third parties that are subject to confidentiality obligations.

The pending motion is similar in form and substance to the parties' prior joint motions to seal (Docs. 127, 138, 183, 264, and 295) which the Court granted (Docs. 130, 145, 184, 265, and 296).  Upon due consideration, the Court finds that the parties have sufficiently identified the items to be filed under seal.  They have also shown good reasons why the filing of each item is necessary; why the sealing of each item is necessary; and that there are no other means available to the parties except to file the items under seal.  Accordingly, the motion is GRANTED.  The parties may file the following items under seal:

   1. BlackBerry's Motion to Compel Disclosure.

2. Exhibit 1 to BlackBerry's Motion to Compel Disclosure-NXP_A-00220483-484_Redacted.

3. Exhibit 2 to BlackBerry's Motion to Compel Disclosure-NXP_A-00220705-707.

4. Exhibit 3 to BlackBerry's Motion to Compel Disclosure-NXP_A-00226680_Redacted.

5. Exhibit 4 to BlackBerry's Motion to Compel Disclosure-NXP_A-00226681-687_Redacted.

6. Exhibit 5 to BlackBerry's Motion to Compel disclosure-NXP_A-00315844-851_Redacted.

7.  Exhibit 6 to BlackBerry's Motion to Compel Disclosure-NXP's Privilege Log produced on February 28, 2014.

8. Exhibit 7 to BlackBerry's Motion to Compel Disclosure-NXP's Privilege Log serviced on January 14, 2014.

9. Exhibit 8 to BlackBerry's Motion to Compel Disclosure-Excerpts from the July 10, 2013 deposition of NXP's 30(b)(6) witness Aaron Waxler.

10. Exhibit 9 to BlackBerry's Motion to Compel Disclosure-March 7-8, 2014 email correspondence between Aaron Hand and Julian Andre.

These items shall remain under seal until further order of Court or until the conclusion of this case, including all appeals, whichever occurs first.  The parties shall have 30 days from the conclusion of the case to make arrangements at their own cost

to retrieve the sealed materials and dispose of them in accordance with the Protective Order.

DONE AND ORDERED in Orlando, Florida, on March 11, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel