UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NXP B.V.,

    Plaintiff,

v.                                                   Case No:   6:12-cv-498-Orl-YKTBS

BLACKBERRY LIMITED and
BLACKBERRY CORPORATION,

    Defendants.
_____

## ORDER

On March 18, 2014, the Court conducted a telephonic hearing on the following motions:

Plaintiff's Expedited and Time-Sensitive Motion for Sanctions Related to Blackberry's Refusal to Make Source Code Available for Pretrial Preparation or Trial (Doc. 375);

Defendant's Motion to Quash NXP's Trial Subpoena Or, In The Alternative, Motion for A Protective Order Regarding the Source Code Servers (Doc. 378); and

Defendant's Motion to Expedite Briefing Schedule Regarding its Motion to Compel Disclosure of NXP's Archived Emails (Doc. 380).

Now, it is **ORDERED** that:

1. Plaintiff shall have daily access to the Source Code Repository from now until the conclusion of the trial.

2. If the parties encounter scheduling or other problems related to Plaintiff's access to the Source Code Repository they shall bring those matters to the attention of the United States Magistrate Judge.

3. Upon the arrival of the Secured Storage Drive at defense counsel's office in Orlando, Florida, Defendants shall print and deliver to counsel for Plaintiff, all of the information Defendants objected to Plaintiff's bringing from California to Florida unless the same was carried by hand.

4. Defendants have **until March 19, 2014 at 5:00 p.m. EST** to report in writing to the Court on the feasibility of providing a second Secured Storage Drive to Plaintiff.

      5.   The parties have **until March 20, 2014 at 12:00 p.m. EST** to file their responses to:

        a.   NXP B.V.'s Motion for Enforcement of the Court's Protective Order and Rule 502(d) Order (Doc. 346);

        b.   BlackBerry's Motion to Compel Disclosure (Doc. 356); and

        c.   NXP B.V.'s Motion to Compel Disclosure Dated March 17, 2014 (Doc. 377).

      6.   To the extent the parties have requested *in camera* review of documents, they shall provide copies of the documents to Chambers **by March 20, 2014 at 12:00 p.m. EST.**

      7.   The District Judge shall decide all issues relating to the production and use of the Source Code Repository at trial.   This includes a decision by the District Judge whether the use of source code at trial is limited to paper copies.

      8.   In all other respects, the motions (Docs. 375, 378, and 380) are **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on March 19, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record