UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NXP B.V.,

    Plaintiff,

v.                                                                  Case No.  6:12-cv-498-Orl-YK-TBS

BLACKBERRY LIMITED and BLACKBERRY
CORPORATION,

    Defendants.
_____/

## ORDER

Moments ago, the Court entered its Order on BlackBerry's Motion to Quash Trial Subpoenas Directed to Witnesses in Canada (Doc. 383).  After the Order was entered, the Court refreshed CM/ECF and Plaintiff's Unopposed Motion for Leave to File NXP's Opposition to BlackBerry's Motion to Quash Trial Subpoenas Directed to Witnesses in Canada Under Seal (Doc. 402), appeared on the docket.

Upon due consideration:

(1) The Court's Order on BlackBerry's Motion to Quash Trial Subpoenas Directed to Witnesses in Canada (Doc. 404) is VACATED; and

(2) For the reasons stated in the motion and earlier Orders granting motions to seal documents in this case, Plaintiff's Unopposed Motion for Leave to File NXP's Opposition to BlackBerry's Motion to Quash Trial Subpoenas Directed to Witnesses in Canada Under Seal (Doc. 402), is GRANTED.   These items shall remain under seal until further order of Court or until the conclusion of this case, including all appeals, whichever occurs first.  The parties shall have 30 days from the conclusion of the case

to make arrangements at their own cost to retrieve the sealed materials and dispose of them in accordance with the Protective Order.

DONE AND ORDERED in Orlando, Florida, on March 21, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel