**NXP B.V.,**

                        **Plaintiff,**

-vs-                                                Case No.  6:12-cv-498-Orl-22TBS

**BLACKBERRY LIMITED,**
**BLACKBERRY CORPORATION,**

                        **Defendants.**
_____/

| DISTRICT JUDGE: | YVETTE KANE (sitting by designation) | DATE: | 4/4/14 |
|---|---|---|---|
| DEPUTY CLERK: | Sherri Cohen | COURT REPORTER: | Amy First<br>Diane Peede |
| COUNSEL FOR PLTF.: | Denise De Mory, Henry Bunsow, Cliff Win | COUNSEL FOR DEFTS: | Sarah Columbia, Jon Dean, Russell Hayman, Noah Graubart, Jeffrey Gargano, Vanessa LeFort |

## Jury Trial - Ten

9:14- Jury entered courtroom.

9:16- Court reconvened.

9:17- Cross-examination began of Defense Rebuttal Witness, Dr. Alpert, began.

9:52- Re-direct examination began.

10:05- Re-cross examination began.

10:09- Re re-direct examination began.

10:14- Counsel moved exhibits into evidence.

10:14- Plaintifff rested.

10:14- Jury left courtroom.

10:48- Court reconvened outside presence of the Jury.

    Charge conference began.

10:55- Court recessed.

11:23- Court reconvened.

11:23- Charge conference continued.

11:33- Attorney Graubart addressed the Court.

    Counsel conferred.

11:36- Jury entered courtroom.

11:38- Court recessed.

12:36- Court reconvened.

    Counsel read into the record updated/renumbered Defense Exhibits 1122 - 1131.

    Plaintiff's counsel withdrew Joint Exhibit 7.

12:40- Jury entered courtroom.

12:41- Plaintiff presented closing argument.

1:44- Bench conference.

1:51- Court recessed.

2:05- Court recessed; Counsel addressed the Court.

2:08- Court reconvened.

2:08- Defense presented closing argument.

3:36- Bench conference; Court recessed.

3:46- Court reconvened.

3:46- Court and counsel conferred regarding a new proposed instruction by defense.

3:57- Jury entered courtroom.

3:58- Plaintiff presented rebuttal argument.

4:18- Jury addressed the Jury.

4:19- Jury left the courtroom.

4:19- Court recessed.