IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NXP B.V., | ) |
|       Plaintiff, | ) Case No. 6:12-cv-498 |
| vs. | ) (Judge Kane) |
| BLACKBERRY LIMITED and BLACKBERRY CORPORATION, | ) |
|       Defendants. | ) |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge. As used herein, "NXP" means NXP B.V. As used herein, "BlackBerry" means BlackBerry Ltd. and BlackBerry Corp.

**Question No. 1:**

Did NXP prove by a preponderance of the evidence that BlackBerry infringed Claim 13 of the '455 patent?

**Answer YES or NO.**

Claim 13 __NO__

IF YOUR ANSWER TO CLAIM 13 IS **NO**, CONTINUE TO **QUESTION NO. 2**.
IF YOUR ANSWER TO CLAIM 13 IS **YES**, THEN PROCEED TO **CLAIM 14**.

Claim 14 _____

Claim 15 _____

Claim 16 _____

Claim 17 _____

**Question No. 2:**

Do you find that Defendants have proven by clear and convincing evidence that any of the following claims of the '455 patent are invalid?

**Answer YES or NO.**

Claim 13 __YES__

Claim 14 __YES__

Claim 15 __YES__

Claim 16 YES

Claim 17 YES

**Question No. 3:**

ANSWER QUESTION NO. 3 IF YOU HAVE FOUND AT LEAST ONE CLAIM LISTED IN QUESTION NO. 1 INFRINGED AND NOT INVALID; OTHERWISE, DO NOT ANSWER QUESTION NO. 3.

What sum of money, if paid now, do you find by a preponderance of the evidence would fairly and reasonably compensate NXP for BlackBerry's infringement of the '455 patent?

$  0  N/A

**Question No. 4:**

Did NXP prove by a preponderance of the evidence that BlackBerry infringed Claim 1 of the '654 patent?

**Answer YES or NO.**

Claim 1 NO

**Question No. 5:**

Do you find that Defendants have proven by clear and convincing evidence that Claim 1 of the '654 patent is invalid?

**Answer YES or NO.**

Claim 1 YES

**Question No. 6:**

ANSWER QUESTION NO. 6 IF YOU HAVE FOUND THE CLAIM LISTED IN QUESTION NO. 4 INFRINGED AND NOT INVALID; OTHERWISE, DO NOT ANSWER QUESTION NO. 6.

What sum of money, if paid now, do you find by a preponderance of the evidence would fairly and reasonably compensate NXP for BlackBerry's infringement of the '654 patent?

$ N|A 

**Question No. 7:**

Did NXP prove by a preponderance of the evidence that BlackBerry infringed Claim 3 of the '420 patent?

**Answer YES or NO.**

Claim 3 NO

**Question No. 8:**

Do you find that BlackBerry has proven by clear and convincing evidence that Claim 3 of the '420 patent is invalid?

**Answer YES or NO.**

Claim 3 __YES__

**Question No. 9:**

ANSWER QUESTION NO. 9 IF YOU HAVE FOUND THE CLAIM LISTED IN QUESTION NO. 7 INFRINGED AND NOT INVALID; OTHERWISE, DO NOT ANSWER QUESTION NO. 9.

What sum of money, if paid now, do you find by a preponderance of the evidence would fairly and reasonably compensate NXP for BlackBerry's infringement of the '420 patent?

$ __N/A__

**Signed this** __7th__ **day of** __April__, 2014.

_____
**JURY FOREPERSON**
STEPHEN E. PRESCOTT