IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| NXP B.V., | : | |
|     Plaintiff | : | |
| | : | No. 6:12-cv-00498-YK |
| v. | : | |
| | : | (Judge Kane) |
| BLACKBERRY, LTD., et al., | : | |
|     Defendants | : | |

### ORDER

**AND NOW,** on this 10th day of April 2014, in accordance with Rule 58 of the Federal Rules of Civil Procedure and in consideration of the jury verdict delivered on April 7, 2014 (Doc. No. 484) and the entire record, **IT IS HEREBY ORDERED THAT JUDGMENT IS ENTERED** as follows:

1. Judgment is entered in favor of Defendants BlackBerry Limited and BlackBerry Corporation on Plaintiff's claim that Defendants infringed claim 13 of U.S. Patent No. 7,330,455 (the '455 patent);

2. Judgment is entered in favor of Defendants on their invalidity defense on claims 13-17 of the '455 patent;

3. Judgment is entered in favor of Defendants on Plaintiff's claim that Defendants infringed claim 1 of U.S. Patent No. 6,434,654 (the '654 patent);

4. Judgment is entered in favor of Defendants on their invalidity defense on claim 1 of the '654 patent;

5. Judgment is entered in favor of Defendants on Plaintiff's claim that Defendants infringed claim 3 of U.S. Patent No. 6,501,420 (the '420 patent);

6. Judgment is entered in favor of Defendants on their invalidity defense on claim 3 of the '420 patent;

7. Judgement is entered in favor of Defendants on Plaintiff's claims for willful infringement of the '455 patent and the '420 patent; and,

8. Judgment is entered in favor of Defendants on Plaintiff's claim for indirect infringement of the '420 patent.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Florida
*Sitting by designation*