UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NXP B.V.,

    Plaintiff,

v.   Case No. 6:12-cv-498-Orl-22TBS

BLACKBERRY LTD. and BLACKBERRY CORP.,

    Defendants.
_____/

## ORDER

Upon due consideration, the parties' Joint Motion to Extend Deadlines for Filing Redaction Requests for Docket Entries 461, 467, 478, 489, and 485 (Doc. 504) is GRANTED.  The parties have through May 8, 2014 within to file their redaction requests for Docket Entries 461, 467, 478, 489, and 485.

DONE AND ORDERED in Orlando, Florida, on April 25, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel