UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NXP B.V.,

    Plaintiff,

v.                                      Case No. 6:12-cv-498-Orl-22TBS

BLACKBERRY LIMITED and BLACKBERRY
CORPORATION,

    Defendants.
_____/

## ORDER TO SEAL

This case comes before the Court sua sponte. The case was tried to a jury, resulting in a verdict for Defendants. The following motions seeking to redact portions of the trial transcript and seal certain admitted exhibits are currently pending:

    Motion to Redact Pursuant to Doc. 414 (Doc. 493);

    Motion to Redact Pursuant to Doc. 436 (Doc. 496);

    Motion to Redact Pursuant to Doc. 446 (Doc. 499);

    NXP's Motion to Redact Portions of the Trial Transcripts and Seal Exhibits (Doc. 519);

    Blackberry's Motion to Seal Certain Trial Exhibits and Redact Portions of the Trial Transcript as to the First Week of Trial (Doc. 497);

    Blackberry's Partly Opposed Motion to Seal Certain Trial Exhibits and Redact Portions of March 31, 2014 Trial Transcript (Doc. 501);

    Blackberry's Partly Opposed Motion to Seal Certain Trial Exhibits and Redact Portions of April 1, 2014 Trial Transcript (Doc. 502); and

    Blackberry's Partly Opposed Motion to Seal Certain Trial Exhibits and Redact Trial Transcript (Doc. 520).

The Clerk advises that counsel who has not appeared in the case has requested a copy of the trial transcript. The Court finds that until the foregoing motions are decided, access to the transcript and exhibits should be limited to the parties and their counsel of record. Accordingly, to preserve the status quo, the trial transcript and trial exhibits are SEALED until further order of Court.

DONE AND ORDERED in Orlando, Florida, on July 31, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel